UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| RACHEL KANNADAY,<br><br>　　　Plaintiff/Appellant/<br>　　　Cross-Appellee,<br><br>v.<br><br>CHARLES BALL, Special Administrator of the Estate of Stephanie Hoyt, Deceased,<br><br>　　　Defendant,<br><br>v.<br><br>GEICO INDEMNITY INSURANCE COMPANY,<br><br>　　　Garnishee Defendant/<br>　　　Appellee/Cross-Appellant. | Case No. 14-3183 |

**PLAINTIFF/APPELLANT/CROSS-APPELLEE'S <u>UNOPPOSED</u> MOTION TO EXCEED WORD COUNT LIMITATION FOR APPELLANT'S PRINCIPAL BRIEF**

COMES NOW the plaintiff/appellant/cross-appellee, hereinafter "plaintiff/appellant", by and through the undersigned counsel, and respectfully moves the Court for an enlargement of the word limit, from 14,000 words to 20,000 words, for plaintiff/appellant's principal brief (the brief of the appellant). In support thereof, the plaintiff/appellant submits the following:

　　　1.　　Plaintiff/appellant's principal brief is due on or before December 8, 2014.

　　　2.　　Rule 28.1(e) of the Federal Rules of Appellate Practice sets the limit of 14,000 words for a principal brief filed in connection with a cross-appeal. Tenth Circuit Rule 28.3 states that "motions to exceed the word count will be denied unless extraordinary and compelling circumstances can be shown. A motion filed within 14 days of the brief's due date must show why earlier filing was not possible."

  3. Extraordinary and compelling circumstances exist for granting leave to enlarge the word limit for plaintiff's principal brief.  The brief raises four (4) issues that, although not complex, require detailed factual analysis.  This appeal arises out of a claim that the garnishee defendant/appellee/cross-appellant, GEICO, acted negligently and in bad faith in refusing to settle a claim against a GEICO insured.  A motor vehicle accident involving the GEICO insured occurred on July 13, 2005.  GEICO's handling of the claim by plaintiff/appellant, against the GEICO insured, covers a period of time from the date of the accident through the trial before the U.S. District Court for the District of Kansas that occurred in July 2014 (Case No. 12-cv-02742-JTM (D. Kan.)).  This dispute was presented to that court twice.  In addition, this dispute has been before the District Court of Wyandotte County, Kansas, the Kansas Court of Appeals and, briefly, the Supreme Court of Kansas.  Proceedings occurred before the probate court (District Court of Wyandotte County, Kansas) that were discussed with the U.S. District Court for the District of Kansas (the lower court from which the parties appeal).  Plaintiff/appellant's Final Suggested Findings of Fact and Conclusions of Law (Doc. 100, Case No. 12-cv-02742-JTM), was 45 pages in length.  The district court's Memorandum and Order (Doc. 129, Case No. 12-cv-02742-JTM), was 35 pages in length.  It is apparent to plaintiff/appellant that it is not possible to adequately address the issues and facts raised on appeal in 14,000 words.  Plaintiff filed this motion as soon as it became evident that 14,000 words would not be sufficient.

  4. On November 9, 2014, counsel for plaintiff/appellant notified Lee Smithyman, counsel for garnishee defendant/appellee/cross-appellant, of the plaintiff/appellant's intent to file the present motion.  The garnishee defendant/appellee/cross-appellant does not oppose the motion.

WHEREFORE, plaintiff/appellant requests that the Court grant this motion and enter its Order enlarging the word limit, from 14,000 words to 20,000 words, for plaintiff/appellant's principal brief, the brief of the appellant.

                        HASTY & ASSOCIATES, LLC

                        */s/ Kathryn M. O'Shea* _____
                        Kathryn M. O'Shea        KS # 23583
                        7101 College Blvd., Suite 350
                        Overland Park, KS 66210
                        Telephone:    (913) 317-8068
                        Facsimile:     (913) 317-8058
                        koshea@hastyassoc.com

                        **ATTORNEY FOR PLAINTIFF/APPELLANT/ CROSS-APPELLEE**

I hereby certify that the above and foregoing was electronically filed on the CM/ECF system and a copy was electronically sent to the following CM/ECF participants on the 10th day of November, 2014:

Lee Smithyman
Smithyman & Zakoura, Chtd.
750 Commerce Plaza II
7400 W. 110th Street
Overland Park, KS 66210
lee@smizak-law.com

**ATTORNEYS FOR GARNISHEE DEFENDANT/ APPELLEE/CROSS-APPELLANT**

*/s/ Kathryn M. O'Shea* _____
Kathryn M. O'Shea
For the Firm

3