FILED  
United States Court of Appeals  
Tenth Circuit

November 10, 2014

Elisabeth A. Shumaker  
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

───────────────────────────────

| | |
|---|---|
| RACHEL KANNADAY, Garnishor, <br><br>  Plaintiff - Appellant/Cross-Appellee, <br><br> v. <br><br> CHARLES BALL, Special Administrator of the Estate of Stephanie Hoyt, <br><br>  Defendant, <br><br> v. <br><br> GEICO INDEMNITY INSURANCE COMPANY, <br><br>  Garnishee - Appellee/ Cross-Appellant. | Nos. 14-3183 & 14-3222 |

───────────────────────────────

## ORDER
───────────────────────────────

Before **MATHESON** and **BACHARACH**, Circuit Judges.
───────────────────────────────

This matter is before the court on Appellant/Cross-Appellee's "Unopposed Motion to Exceed Word Count Limitation for Appellant's Principle Brief." Upon consideration, the motion is denied.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk